IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MICAH L. BUNCE,                                )
                                               )
                  Plaintiff,                   )
                                               )
                                               )
                                               )          Case # 6-26-cv-01134-DDC-ADM
                                               )
JAMES FELDMAN, EVAN LONDO and                  )
ANDREW ZEIGLER, of the Salina Police           )
Department, RICHARD JAMES, former              )
Deputy County Attorney of Saline County,       )
in their individual capacities; CITY OF        )
SALINA, KANSAS; and the BOARD OF               )
COUNTY COMMISSIONERS OF                        )
SALINE COUNTY,                                 )
                                               )
Defendants.                                    )
_____        )

**CLERK'S ORDER**

Upon application of the Defendant Richard James, *pro se*, stating the answer to plaintiff's

Complaint is initially due on or before June 9, 2026, which time has not already expired, the date

for Defendant to answer plaintiff's Complaint is hereby extended fourteen (14) days pursuant to

D. Kan. Local Rule 77.1 and 77.2 until June 23, 2026.

                                               s/N. Coop, Deputy Clerk                   
                                                Clerk of the United States District Court


                                                Respectfully Submitted,

                                                *Richard E. James*      
                                                Richard E. James, #20962
                                                806 Fifth Street, P.O. Box 411
                                                Clay Center,  KS  67432
                                                Ph.:  (785) 632-6661
                                                rickjameslaw@yahoo.com
                                                *Pro Se*

**<u>CERTIFICATE OF SERVICE</u>**

      Richard E. James does hereby certify that on the 8th day of June, 2026, a true and correct copy of the above and foregoing Clerk's Order was sent via email to the persons and addresses below:

        Matthew M. Dwyer
        Blake A. Shuart
        Hutton & Hutton Law Firm
        8100 E. 22nd Street North, Bldg. 1200
        Wichita, KS  67226
        Matthew.Dwyer@huttonlaw.com
        Blake.Shuart@huttonlaw.com
        Attorneys for Plaintiff

*Richard E. James*
Richard E. James, #20962
*Pro Se*