IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| MICAH L. BUNCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case # 6-26-cv-01134-DDC-ADM |
| | ) | |
| JAMES FELDMAN, EVAN LONDO and | ) | |
| ANDREW ZEIGLER, of the Salina Police | ) | |
| Department, RICHARD JAMES, former | ) | |
| Deputy County Attorney of Saline County, | ) | |
| in their individual capacities; CITY OF | ) | |
| SALINA, KANSAS; and the BOARD OF | ) | |
| COUNTY COMMISSIONERS OF | ) | |
| SALINE COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CLERK'S ORDER

Upon application of the defendant Board of County Commissioners of Saline County,

stating the answer to plaintiff's Complaint is initially due on or before June 11, 2026, which time

has not already expired, the date for defendant to answer plaintiff's Complaint is hereby extended

fourteen (14) days pursuant to D. Kan. Local Rule 77.1 and 77.2 until June 25, 2026.

s/ N. Pevato - Deputy Clerk
Clerk of the United States District Court

SUBMITTED BY:

s/ FRANCIS M. SCHNEIDER
Francis M. Schneider, #27896
WATKINS CALCARA, CHTD.
1321 Main Street - Suite 300
P.O. Drawer 1110
Great Bend, Kansas 67530
(620) 792-8231  Fax (620) 792-2775
fschneider@wcrf.com
*Attorneys for Defendant Board of County Commissioners of Saline County*