**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| MICAH L. BUNCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:26-cv-01134-DDC-ADM |
| | ) | |
| BOARD OF COUNTY COMMISSIONERS | ) | |
| OF SALINE COUNTY, KANSAS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## CLERK'S 14 DAY EXTENSION

Defendants the City of Salina, Kansas, James Feldman, Andrew Zeigler and Evan Londo

and pursuant to the authority vested in the Clerk of the Court by D. Kan. Rule 77.2(a), the initial

time to plead to Plaintiff's Amended Complaint is hereby extended fourteen (14) days from June

11, 2026, to **June 25, 2026.**   The original time to answer has not expired.

       /s/ M. Harrison, Deputy Clerk
       CLERK OF THE DISTRICT COURT


Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP


  /s/Andrew D. Holder
Andrew D. Holder      KS #25456
Daniel C. Sloan       KS #29193
9393 W. 110th St., Suite 300
Overland Park, Kansas 66210
(913) 339-6757; Fax: (913) 660-7919
aholder@fpsslaw.com
dsloan@fpsslaw.com
**ATTORNEY FOR DEFENDANTS**

1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2026, I electronically filed the foregoing with the Clerk of the Court with service of the same being made by the Court's ECF filing system to:

Matthew M. Dwyer
Blake A. Shuart
HUTTON & HITTON
8100 E. 22nd St. N. Bldg. 1200
Wichita, KS 67226
(316) 688-1166
Matthew.dwyer@huttonlaw.com
Blake.shuart@huttonlaw.com
ATTORNEYS FOR PLAINTIFF

/s/ Andrew D. Holder
Andrew D. Holder, #25456