**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| MICAH L. BUNCE, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) Case No. 26-cv-01134-DDC-ADM |
| | ) |
| JAMES FELDMAN, EVAN LONDO, and ANDREW | ) |
| ZEIGLER, of the Salina Police Department, | ) |
| RICHARD JAMES, former Deputy County Attorney | ) |
| of Saline County, in their individual capacities; | ) |
| CITY OF SALINA, KANSAS; and the BOARD OF | ) |
| COUNTY COMMISSIONERS OF SALINE COUNTY, | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

**DEFENDANT RICHARD JAMES' UNOPPOSED MOTION FOR EXTENSION OF**
**TIME TO FILE ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT**

In accordance with D. Kan. Rule 6.1(a), Defendant Richard James respectfully requests an extension of time to file his response to Plaintiff's complaint (the "Complaint"). In support of this motion, Defendant James states as follows:

1.      Defendant James was served with a copy of the Complaint on May 20, 2026. ECF No. 7. Defendant James obtained a *pro se* clerk's extension on June 8, 2026, extending his response deadline to June 23, 2026, which remains his current deadline to respond to the Complaint. ECF No. 10.

2.      Defendant James diligently worked to obtain representation after being served with the Complaint, but counsel for Defendant James was not retained to represent Defendant James until June 17, 2026.

1

3.    To allow Defendant James' counsel time to get up to speed on the facts of the case and relevant legal issues, Defendant James requests an extension of time to answer or otherwise respond to the Complaint to July 17, 2026.

4.    Defendant James conferred with Plaintiff's counsel regarding this motion. Plaintiff's counsel does not oppose this motion.

5.    This motion is not made for the purpose of delay, no party will be prejudiced by this extension, nor will the requested extension delay any other pending deadlines in this matter.

6.    Defendant James requested and has been granted a clerk's extension but no other extensions have been sought or granted for this deadline.

WHEREFORE, Defendant James respectfully requests an order extending his time to answer or otherwise respond to the Complaint to July 17, 2026.

Respectfully submitted,

FOULSTON SIEFKIN LLP

*s/ Jeremy E. Koehler*
Jeremy E. Koehler, #28217
Michael J. Braun, #30700
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
T: 316.267.6371 | F: 316.267.6345
jkoehler@foulston.com
mbraun@foulston.com
*Attorneys for Defendant Richard James*

2

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of June, 2026, I electronically filed

the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notice

of the electronic filing to all counsel of record.

*s/ Jeremy E. Koehler*
Jeremy E. Koehler, #28217
