**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| MICAH L. BUNCE, | |
| Plaintiff, | |
| v. | Case No. 6:26-cv-01134-DDC-ADM |
| JAMES FELDMAN, EVAN LONDO, and ANDREW ZEIGLER, of the Salina Police Department, RICHARD JAMES, former Deputy County Attorney of Saline County, in their individual capacities; CITY OF SALINA, KANSAS; and the BOARD OF COUNTY COMMISSIONERS OF SALINE COUNTY, | |
| Defendants. | |

**<u>MOTION TO DISMISS</u>**

COMES NOW, Defendant Saline County Board of County Commissioners (the "BOCC"), through Francis M. Schneider of the law firm of Watkins Calcara, Chtd., its attorney, and pursuant to Fed. R. Civ. P. 12(b)(6), moves for an order dismissing all claims asserted against it in Plaintiff's Complaint on the basis that Plaintiff's Complaint fails to state a federal claim for *Monell* liability against the BOCC. This Defendant has filed herewith a brief in support of this motion, which is incorporated by reference.

WHEREFORE, Defendant Saline County Board of County Commissioners pray that their motion be granted, for costs, and for such other and further relief as to the Court shall seem just and proper.

WATKINS CALCARA, CHTD.

/s/ Francis M. Schneider
Francis M. Schneider, KS # 27896
225 N Market St., Suite 300
Wichita, KS 67202
Telephone:  (316) 461-5802
Facsimile:   (620) 792-2775
fschneider@wcrf.com

*Attorney for Defendant Board of County
Commissioners of Saline County*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2026, I electronically filed the above and foregoing Motion to Dismiss using the CM/ECF system which will send a notice of electronic filing to counsel of record

/s/  FRANCIS M. SCHNEIDER
Francis M. Schneider, #27896

2